# GS2LAW

Garson, Segal, Steinmetz, Fladgate LLP

| | | |
|---|---|---|
| Robert Garson ◊ | Kevin Murphy | Tel: +1 (212) 380-3623 |
| Thomas Segal ˆ | Stephen Greenwald | Fax: +1 (347) 537-4540 |
| Michael Steinmetz ∝ * | Timothy Kendal ◊ | |
| Chris Fladgate ° | Ilan Ben Avraham ∇ | |
| John Lane ∝ | Kevin Kehrli | |

Additional Bar Memberships
◊ England and Wales           ∝ Patent Bar
ˆ Paris                      ° Victoria (Australia)
* New Jersey                 ∇ Israel

Email: kk@gs2law.com

June 27, 2016

Hon. Laura Taylor Swain
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

**VIA ECF & FIRST CLASS MAIL**

Re:   *Adar Bays, LLC v. Textmunication Holdings, Inc.* 16-cv-4235 (LTS)

Dear Judge Swain:

This firm represents Adar Bays, LLC ("Adar" or "Plaintiff"), plaintiff in the above-captioned action. I write to inform the Court of defendant, Textmunication Holdings, Inc.'s ("TXHD" or "Defendant") failure to adhere to the Court's June 8, 2016 Order to Show Cause, Dkt. 3, and to respectfully request that the Court preclude Defendant from relying on any untimely submitted opposition as its direct testimony at the trial of the merits, presently scheduled for July 20, 2016.

On June 8, 2016, the Court modified and entered Plaintiff's proposed Order to Show Cause seeking preliminary relief related to, *inter alia*, the delivery of shares pursuant to a convertible redeemable note (the "Order"). The Order stated that Plaintiff was to serve the Order to Show Cause, supporting papers, and copies upon Defendant by overnight federal express. On June 8, 2016, counsel for Plaintiff effectuated service pursuant to the Order. Dkt. 5.

The Order also stated that any answering papers must be served on Plaintiff's counsel and filed via ECF by noon on June 24, 2016. Defendant has failed to serve any opposition on Plaintiff and to file opposition on ECF.

Last, the Order states that Pursuant to Fed. R. Civ. P. 65(a)(2), the hearing in the Order to Show Cause will be consolidated with the trial of the merits of Plaintiff's claims; that direct testimony will consist of any affidavits filed with the opening, opposition, and reply papers; and that live testimony on disputed issues will be limited to cross-examination.


Continuation Page

    Accordingly, due to Defendant's failure to submit timely opposition, it is respectfully requested that Defendant be precluded from relying on any affidavits hereinafter filed, thus limiting Defendant to cross-examination during live testimony.

Respectfully submitted,

\_\_\_\_\_/s/_____
Kevin Kehrli