

**Garson, Segal, Steinmetz, Fladgate LLP**

Robert Garson ◊　　　Kevin Murphy　　　Tel: +1 (212) 380-3623
Thomas Segal ˆ　　　Stephen Greenwald　　Fax: +1 (347) 537-4540
Michael Steinmetz ∝ *　Timothy Kendal ◊
Chris Fladgate °　　　Ilan Ben Avraham ∇
John Lane ∝　　　　　Kevin Kehrli

Additional Bar Memberships　　　　　　　　　Email: kk@gs2law.com
◊ England and Wales　　　∝ Patent Bar
ˆ Paris　　　　　　　　　° Victoria (Australia)
* New Jersey　　　　　　∇ Israel

Hon. Laura Taylor Swain　　　　　　　　　　　　　　July 21, 2016
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

**VIA ECF & FIRST CLASS MAIL**

　　　Re:　*Adar Bays, LLC v. Textmunication Holdings, Inc.* **16-cv-4235 (LTS)**

Dear Judge Swain:

　　This firm represents Adar Bays, LLC, ("Adar"), plaintiff in the above captioned action. I write to both express our appreciation to the Court for taking the time to hold a hearing on this matter on July 20, 2016, and to inform the Court that the parties have resolved this matter.

　　As counsel informed the Court prior to the conference, the parties had reached a tentative agreement in the early morning hours prior to the conference. However, the agreement involved the transfer and deposit of common stock, which can present both procedural challenges and opportunities for the parties to renege on the agreement. Accordingly, we requested that the Court proceed with the hearing in case defendant, Textmunications Holdings, Inc. did not perform.

　　We received confirmation from our client that the common stock has been received and deposited, so this matter is resolved. We again thank the Court for its time and effort in this matter.

　　Accordingly, we have sent a Notice of Voluntary Dismissal to the Orders and Judgment Clerk, which I attach hereto for reference.

Respectfully submitted,

　　___/s/___
Kevin Kehrli

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAR BAYS, LLC<br><br>                                    Plaintiff,<br>v.<br><br>TEXTMUNICATION HOLDINGS, INC.<br><br>                                    Defendant. | **Civil Action No.: 16-cv-04235 (LTS)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)(A)(i)**

**PURSUANT** to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Adar Bays, LLC and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, as against defendant Textmunication Holdings, Inc.

Dated: New York, New York
       July 21, 2016

                                        **GARSON, SEGAL, STEINMETZ, FLADGATE LLP**
                                        *ATTORNEYS FOR PLAINTIFF*

                                BY:     _____/s/_____
                                        KEVIN KEHRLI (KK1536)
                                        MICHAEL STEINMETZ (MS3164)
                                        164 WEST 25TH STREET
                                        SUITE 11R
                                        NEW YORK, NY 10001
                                        TELEPHONE: (212) 380-3623
                                        FACSIMILE: (347) 537-4540
                                        EMAIL: KK@GS2LAW.COM